IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACY J. CEDERFELDT, | |
| Plaintiff, | Case No. 2:21-cv-00712 |
| v. | Judge _____ |
| FRONTIER AIRLINES, INC. | Removed from Court of Common Pleas, Philadelphia County |
| and CHRISTINE KREISS, an individual | Civil Action No. 200500175 |
| Defendants. | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Frontier Airlines, Inc. makes the following corporate disclosures:

1. The parent companies of the corporation: Frontier Airlines Holdings, Inc.

2. Publicly held entities that own 10% or more of Frontier's stock: N/A.


Dated: February 16, 2021

*/s/ Paul C. Lantis*
Paul C. Lantis
Adama K. Wiltshire
Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
267.402.3000 – telephone
267.402.3131 – facsimile
awhiltshire@littler.com
plantis@littler.com

*Attorneys for Defendants*