**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TRACY J CEDERFELDT** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 21-712** |
| | : | |
| **FRONTIER AIRLINES, INC., ET AL.** | : | |

**SCHEDULING ORDER**

This 21st day of April, 2021, following a Preliminary Pretrial Conference pursuant to Rule

16, it is hereby **ORDERED** as follows:

1.  All factual discovery shall be completed by **September 18, 2021.**

2.  Expert reports for the plaintiff, if any, shall be due by **September 30, 2021.**

3.  Expert reports for the defendants, if any, shall be due by **October 15, 2021.**

4.  Responsive or supplemental expert reports, if any, shall be produced as promptly as possible after the need for such reports is identified, and must be served sufficiently in advance of the Final Pretrial Conference to allow for a meaningful response.

5.  Expert depositions may be conducted any time until the Final Pretrial Conference.

6.  Dispositive motions, if any, shall be due by **November 2, 2021.**

7.  This case is referred to Magistrate Judge Lloret for a settlement conference. Counsel shall contact the chambers of Judge Lloret to schedule a conference on a date convenient for his schedule no later than **November 2, 2021.**

8.  This case shall be deemed ready for the scheduling of a Final Pretrial Conference as of **January 10, 2022.**

**Notice:**  Throughout the course of this litigation, counsel should refer to Judge McHugh's Guidelines for Counsel, which can be found on the Court's website, for assistance with efficient management of this case.

       /s/ Gerald Austin McHugh
       United States District Judge