IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRACY J CEDERFELDT** | : |
| | : |
| v. | :     **CIVIL ACTION NO. 21-712** |
| | : |
| **FRONTIER AIRLINES, INC., ET AL.** | : |

# O R D E R

This  19th  day of  July , 2021, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                        **KATE BARKMAN**, Clerk of Court

                        **BY:**      /s/ Patricia Clark
                                          Patricia Clark
                                          Civil Deputy to Judge McHugh

Copies EMAILED on  7/19/21  to:

cc:

All counsel of record